# Labaton Sucharow

**Carol C. Villegas**
Partner
212 907 0824  direct
212 907 0700  main
212 883 7524  fax
cvillegas@labaton.com

**New York Office**
140 Broadway
New York, NY 10005

July 19, 2021

**VIA ECF**

Honorable Roanne L. Mann
Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Chambers: Room S905
Courtroom: 6C South

RE:    *ODS Capital LLC v. Changyou.com Ltd., et al.*,
          No. 1:20-cv-05973-KAM-RLM

Dear Judge Mann:

We submit this letter on behalf of Lead Plaintiff ODS Capital LLC ("ODS" or "Lead Plaintiff") in the above captioned action (the "Action").

On July 2, 2021, Lead Plaintiff filed its Amended Complaint for Violations of the Federal Securities Laws ("Amended Complaint").  ECF No. 18.  The parties had previously agreed (*see* ECF No. 12) that, among other things, that Amended Complaint was to remove Changyou Merger Co. Limited ("Merger Co."), as a named Defendant in this Action.  Merger Co. was merged with Changyou.com Limited as part of the merger at issue in this Action, and Merger Co. therefore no longer exists independently of Changyou.com Limited.

Counsel for Lead Plaintiff inadvertently did not make this change and now requests to file a corrected amended complaint to do so.  *See* Exhibits A and B, attached hereto.  As this change will remove a party from the caption, we also request that the caption be changed to *In re Changyou Securities Litigation.*

Defendants consent to this request.  The parties also agree that this change would not affect the due date for Defendants to file a pre-motion letter regarding their forthcoming motion to dismiss.

**Labaton Sucharow**

Judge Roanne L. Mann
July 19, 2021
Page 2


Respectfully submitted,

*/s/ Carol C. Villegas*
Carol C. Villegas

**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
Email: cvillegas@labaton.com

*Counsel for Lead Plaintiff ODS*
*Capital LLC and the Class*


Dated:                                    IT IS SO ORDERED:


                                          _____
                                          Hon. Roanne L. Mann
                                          United States Magistrate Judge