**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE CHANGYOU.COM LIMITED SECURITIES LITIGATION | Case No. 1:20-cv-05973-KAM-RLM |

**[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION TO TRANSFER VENUE**

WHEREAS, Plaintiff initially brought the above-captioned matter in the Eastern District of New York;

WHEREAS, Plaintiff submitted a letter to the Court requesting a change of venue to the Southern District of New York on September 9, 2021;

WHEREAS, the Court finds that the American Depositary Share Agreement with Plaintiff contains a forum selection clause indicating that claims that are to be litigated shall be brought in federal and state courts in the Borough of Manhattan;

WHEREAS, the Court finds that transfer of venue to the Southern District of New York complies with 28 U.S.C. § 1404(a);

NOW, THEREFORE, the Court **TRANSFERS** this case to the Southern District of New York.  IT IS SO ORDERED.

Dated:                                          _____

Hon. Kiyo A. Matsumoto
United States District Judge