**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE CHANGYOU.COM LIMITED SECURITIES LITIGATION | Case No. 1:20-cv-05973-KAM-RLM<br><br>**STIPULATION AND [PROPOSED] ORDER TRANSFERRING CASE** |

WHEREAS, Lead Plaintiff ODS Capital LLC ("Plaintiff") initially brought the above-captioned matter in the Eastern District of New York;

WHEREAS, the Court held a pre-motion conference on September 2, 2021, during which the Court raised questions concerning whether venue was proper in the Eastern District of New York;

WHEREAS, on September 2, 2021, the Court ordered Plaintiff to file a second amended complaint containing more detailed venue allegations;

WHEREAS, on September 9, 2021, Plaintiff opted not to file a second amended complaint and instead submitted a letter to the Court (ECF No. 31) requesting a change of venue to the Southern District of New York including based on a forum selection clause contained in a governing Deposit Agreement;

WHEREAS, on September 13, 2021, the Court issued an order stating that "[b]ased on plaintiff's representation that defendants do not object [to] a transfer of this case to the SDNY, the parties shall submit a joint stipulation signed by all the parties transferring this case to the SDNY by September 17, 2021";

WHEREAS, Defendants do not object to Plaintiff's request that this action be transferred to the Southern District of New York;

1

WHEREAS, the undersigned Parties agree to meet and confer on a proposed schedule regarding briefing on Defendants' anticipated motion to dismiss after the case is transferred;

**IT IS THEREFORE STIPULATED AND AGREED**, by and among the undersigned counsel of record for the Parties indicated below, that this action shall be transferred to the Southern District of New York and that the briefing schedule set by the Court on September 2, 2021, shall hereby be **VACATED**.

DATED: September 17, 2021

*/s/ Carol C. Villegas*
Carol C. Villegas
David J. Schwartz
Jake Bissell-Linsk
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Emails:  cvillegas@labaton.com
        dschwartz@labaton.com
        jbissell-linsk@labaton.com

*Counsel for Lead Plaintiff ODS Capital LLC and the Class*

*/s/ Nicholas Cutaia*
Nicholas Cutaia
**GOULSTON & STORRS**
885 Third Avenue
New York, NY 10022
Telephone: (212) 878-6900
Facsimile: (212) 878-6911
Email: ncutaia@goulstonstorrs.com

*Counsel for Defendants Changyou.com Limited, Sohu.com Limited, Sohu.com (Game) Limited, and Joanna Lv*

*/s/ Robert A. Fumerton*
Robert A. Fumerton
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3902
Facsimile: (917) 777-3902
Email: robert.fumerton@skadden.com

*Counsel for Defendant Xiao Chen*

2

3

IT IS SO ORDERED:


Dated:  September _____, 2021

                                                   _____

Hon. Kiyo A. Matsumoto
United States District Judge