USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
    :
ODS CAPITAL LLC, *individually and on*    :
*behalf of all others similarly situated*,    :
    :    1:21-cv-7858-GHW
    Plaintiffs,    :
    :    <u>ORDER</u>
-v -    :
    :
CHANGYOU.COM LIMITED, et al.,    :
    :
    Defendants.    :
    X
------------------------------------------------------------------
GREGORY H. WOODS, United States District Judge:

      This action was transferred from the United States District Court for the Eastern District of New York, on September 21, 2021. Dkt. No. 34. In light of the transfer, the parties are directed to submit a joint status, which should include the parties' proposed modifications, if any, to the deadline for Plaintiff to file a second amended complaint and the briefing schedule for Defendants' proposed motion to dismiss established by Judge Matsumoto on September 2, 2021. The parties are directed to file the status letter no later than October 6, 2021.

      SO ORDERED.

Dated: September 22, 2021
       New York, New York

                                                        _____
                                                        GREGORY H. WOODS
                                                      United States District Judge