UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                  :

ODS CAPITAL LLC, individually and on      :
behalf of all others similarly situated,
                                                  :           1:21-cv-7858-GHW
                                  Plaintiffs,     :
                                                  :                ORDER
                -v -                             :

CHANGYOU.COM LIMITED, et al.,          :

                                Defendants.    :
                                                  :
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/2021

GREGORY H. WOODS, United States District Judge:

       The Court has received the parties' joint status letter regarding their proposed deadline for Plaintiff to file an amended complaint, and their proposed briefing schedule for Defendant's proposed motion to dismiss, Dkt. No. 36. Plaintiff is directed to file its amended complaint no later than October 10, 2021. To maintain consistency, the Court will adopt Judge Matsumoto's structure for the briefing schedule for Defendants' proposed motion to dismiss. The parties shall adhere to the following briefing schedule: Defendants shall serve but not file any motion to dismiss by October 29, 2021; Plaintiff shall serve any opposition brief by December 10, 2021; and Defendants shall serve any reply brief by January 11, 2022. After the motion is fully-briefed, the parties shall file the motion and any supporting submissions on ECF in logical order.

SO ORDERED.

Dated: October 7, 2021
      New York, New York

                                                                      GREGORY H. WOODS
                                                              United States District Judge