AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| ODS CAPITAL LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-07858 - GHW |
| CHANGYOU.COM LIMITED, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lead Plaintiff, ODS Capital LLC.

Date: 02/04/2022

/s/ Nicole M. Zeiss
*Attorney's signature*

Nicole M. Zeiss (NZ-3894)
*Printed name and bar number*

Labaton Sucharow LLP
140 Broadway
New York, New York 10005
*Address*

nzeiss@labaton.com
*E-mail address*

(212) 907-0700
*Telephone number*

(212) 818-0477
*FAX number*