```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                     :

ODS CAPITAL LLC, individually and on     :
behalf of all others similarly situated,          :
                                                                     :           1:21-cv-7858-GHW
                                                       Plaintiffs,   :
                                                                     :                   ORDER
                                                                     :
                                      -v -                                  :
                                                                     :
CHANGYOU.COM LIMITED, et al.,            :
                                                                     :
                                                   Defendants.   :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       The parties are directed to provide a joint status update to the Court no later than April 22, 2022. The letter should be filed on ECF in accordance with the Court's Individual Rules using the filing event "Letter."

       SO ORDERED.

Dated: March 28, 2022
      New York, New York

                                                                             GREGORY H. WOODS
                                                                    United States District Judge