**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE CHANGYOU.COM LIMITED SECURITIES LITIGATION | Case No. 1:21-cv-07858-GHW<br><br>CLASS ACTION |

**DECLARATION OF CAROL C. VILLEGAS IN SUPPORT OF**
**LEAD PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF**
**<u>PROPOSED CLASS ACTION SETTLEMENT</u>**

I, CAROL C. VILLEGAS, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1.      I am a member of the law firm of Labaton Sucharow LLP, Court-appointed Lead Counsel in this proposed class action, and am admitted to practice before this Court.  I respectfully submit this declaration in support of Lead Plaintiff's Motion for Preliminary Approval of Proposed Class Action Settlement.

2.      True and correct copies of the following documents are annexed hereto:

Exhibit 1:      Stipulation and Agreement of Settlement, dated as of March 28, 2022, with exhibits thereto.

Exhibit 2:      Firm resume of Labaton Sucharow LLP.

Exhibit 3:      Memorandum of Law in Support of Motion to Dismiss Second Amended Complaint by Defendants Changyou.Com Limited, Sohu.Com Limited, Sohu.Com (Game) Limited, Joanna Lv, and Xiao Chen, dated October 29, 2021.

Exhibit 4:      McIntosh J. & Starykh S., *Recent Trends in Securities Class Action Litigation: 2021 Full-Year Review* (NERA 2022).

Exhibit 5:      Firm resume of Strategic Claims Services.


I declare under penalty of perjury that the foregoing is true and correct.  Executed on March 29, 2022.

/s/ *Carol C. Villegas*
CAROL C. VILLEGAS