```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
ODS CAPITAL LLC, individually and on                             :
behalf of all others similarly situated,                         :
                                                                 :   1:21-cv-7858-GHW
                                        Plaintiffs,              :
                                                                 :         ORDER
                   -v -                                          :
                                                                 :
CHANGYOU.COM LIMITED, et al.,                                    :
                                                                 :
                                        Defendants.              :
                                                                 :
---------------------------------------------------------------- X
```

GREGORY H. WOODS, United States District Judge:

The Court will hold a teleconference to discuss the parties' submissions for the motion for preliminary approval of the proposed class action settlement on May 2, 2022 at 4:00 p.m. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

SO ORDERED.

Dated: April 25, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/2022