```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                :
ODS CAPITAL LLC, individually and on     :
behalf of all others similarly situated,          :
                                                :        1:21-cv-7858-GHW
                                 Plaintiffs,   :
                                                :            <u>ORDER</u>
                     -v -                       :
                                                :
CHANGYOU.COM LIMITED, et al.,             :
                                                :
                                 Defendants.  :
                                                  :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       For the reasons stated on the record at the conference held on May 2, 2022, Plaintiff is directed to submit the supplemental materials requested by the Court at the conference no later than May 18, 2022.

       SO ORDERED.

Dated: May 2, 2022
       New York, New York

                                                            _____
                                                               GREGORY H. WOODS
                                                          United States District Judge