**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE CHANGYOU.COM LIMITED SECURITIES LITIGATION | Case No. 1:21-cv-07858-GHW <br><br> CLASS ACTION |

**NOTICE OF LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS**
**<u>ACTION SETTLEMENT AND PLAN OF ALLOCATION</u>**

PLEASE TAKE NOTICE that Court-appointed Lead Plaintiff ODS Capital LLC ("Lead Plaintiff"), on behalf of itself and the proposed Settlement Class, through court-approved Lead Counsel Labaton Sucharow LLP, will move this Court on January 27, 2023 at 3:00 p.m. EDT, before the Honorable Gregory H. Woods, remotely via an operator assisted conference call, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for entry of a Final Order and Judgment approving the proposed Settlement as fair, reasonable, and adequate and for entry of an Order approving the proposed Plan of Allocation for the proceeds of the Settlement as fair, reasonable, and adequate.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Lead Plaintiff submits and is filing herewith: (i) the Memorandum of Law in Support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation, dated December 22, 2022; and (ii) the Declaration of Carol C. Villegas in Support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation and Lead Counsel's Motion for an Award of Attorneys' Fees and Payment of Expenses, dated December 22, 2022, with annexed exhibits.

Proposed Orders will be submitted with the reply submission on or before January 20, 2023, after the deadline for objecting or seeking exclusion has passed.

Dated:  December 22, 2022                    Respectfully submitted,

**LABATON SUCHAROW LLP**

*/s/ Carol C. Villegas*
Carol C. Villegas
David J. Schwartz
Jake Bissell-Linsk
140 Broadway, 34th Floor
New York, NY  10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
cvillegas@labaton.com
dschwartz@labaton.com

1

jbissell-linsk@labaton.com

*Lead Counsel for ODS Capital LLC. and the*
*Proposed Settlement Class*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered ECF participants.

*/s/ Carol C. Villegas*
CAROL C. VILLEGAS

3