**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE CHANGYOU.COM LIMITED SECURITIES LITIGATION | Case No. 1:21-cv-07858-GHW<br><br>CLASS ACTION |

**NOTICE OF LEAD COUNSEL'S MOTION FOR AN AWARD OF**
**ATTORNEYS' FEES AND PAYMENT OF EXPENSES**

PLEASE TAKE NOTICE that Labaton Sucharow LLP, Court-appointed Lead Counsel in the above-captioned class action (the "Action"), will move this Court on January 27, 2023 at 3:00 p.m. EDT, before the Honorable Gregory H. Woods, remotely via an operator assisted conference call, for entry of an Order, pursuant to Rules 23(h) and 54(d) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act, 15 U.S.C. §78u-4(a)(4) ("PSLRA"): (i) awarding attorneys' fees in the amount of 30% of the Settlement Fund; (ii) paying litigation expenses in the amount of $41,785.97 incurred in prosecuting the Action; and (iii) awarding Lead Plaintiff ODS Capital LLC $15,000 for work directly related to its representation of the Settlement Class, as authorized by the PSLRA.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Lead Counsel submits and is filing herewith: (i) the Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Payment of Expenses, dated December 22, 2022; and (ii) the Declaration of Carol C. Villegas in Support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation and Lead Counsel's Motion for an Award of Attorneys' Fees and Payment of Expenses, dated December 22, 2022, with annexed exhibits.

A proposed Order will be submitted with Lead Counsel's reply submission on or before January 20, 2023, after the deadline for objecting has passed.

Dated:  December 22, 2022

Respectfully submitted,

**LABATON SUCHAROW LLP**

 */s/ Carol C. Villegas*
Carol C. Villegas
David J. Schwartz
Jake Bissell-Linsk
140 Broadway, 34th Floor
New York, NY  10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
cvillegas@labaton.com
dschwartz@labaton.com
jbissell-linsk@labaton.com

*Lead Counsel for ODS Capital LLC. and the
Proposed Settlement Class*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 22, 2022, I caused the foregoing Notice of Lead Counsel's Motion for an Award of Attorneys' Fees and Payment of Expenses to be served electronically through the Court's ECF system upon all ECF participants.

*/s/ Carol C. Villegas*
CAROL C. VILLEGAS