# Exhibit 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE CHANGYOU.COM LIMITED SECURITIES LITIGATION | Case No. 1:21-cv-07858-GHW<br><br>CLASS ACTION |

**DECLARATION ON BEHALF OF LEAD PLAINTIFF ODS CAPITAL LLC IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR APPROVAL OF CLASS ACTION SETTLEMENT AND MOTION FOR ATTORNEYS' FEES AND EXPENSES**

I, HILARY SHANE, declare as follows pursuant to 28 U.S.C. § 1746:

1.      I serve as the Managing Member of Lead Plaintiff ODS Capital LLC ("ODS"), a multi-strategy hedge fund with approximately $100 million in assets under management, and am authorized to submit this Declaration on its behalf.

2.      I respectfully submit this declaration in support of final approval of the proposed settlement of this Action (the "Settlement") and the application of Court-appointed Lead Counsel, Labaton Sucharow LLP, for attorneys' fees and payment of expenses.  I have personal knowledge of the matters testified to herein.[1]

3.      Lead Plaintiff understands that the Private Securities Litigation Reform Act of 1995 ("PSLRA") was intended to encourage institutional investors with large losses to seek to manage and direct securities fraud class actions.  Lead Plaintiff is a sophisticated institutional investor that committed itself to vigorously prosecuting this litigation, through trial if necessary.  In seeking

---

[1] All capitalized terms that are not defined herein have the same meanings as in the Stipulation and Agreement of Settlement, dated March 28, 2022.

This document is signed using GetAccept Digital Signature Technology.
Fingerprint: 5000bf1bdbcc30580dcc334ffd8abf41fab4bb0babc556270c184d3c28bd62c9dc26da5f24f62ddd1ec6d914efcaa141d41beaf3ca3f2a8c443c40a1a56371e3

appointment as Lead Plaintiff in the case, ODS understood its fiduciary obligations to serve the interests of the class by participating in the management and prosecution of the case.

4.      At all times during this litigation, Lead Plaintiff endeavored to fully discharge its obligations to the class.  To that end, Lead Plaintiff, through my efforts: (a) provided valuable contributions to the development of the core case theory given my advanced degree in finance and experience with issues concerning mergers and appraisal rights; (b) had regular in-person, telephonic, and written communications with Lead Counsel concerning the Action; (c) remained fully informed regarding case developments; (d) reviewed pleadings and motions filed in the Action; and (e) closely monitored and participated in settlement discussions, ultimately agreeing to accept the Settlement, subject to the Court's approval.

5.      Based on its involvement in the litigation and settlement negotiations, Lead Plaintiff believes that the proposed Settlement is fair, reasonable, and adequate to the Settlement Class.  Lead Plaintiff also believes that the proposed Settlement represents a favorable recovery, in light of the substantial risks of success in continued litigation of the claims.  Therefore, Lead Plaintiff endorses approval of the Settlement by the Court.

6.      Lead Plaintiff also believes that Lead Counsel's request for an award of attorneys' fees in the amount of thirty percent (30%) of the Settlement Fund is fair and reasonable under the circumstances of this case.  Lead Plaintiff has evaluated the fee request by considering the efficient prosecution of the action, the quality of the work performed, and the recovery obtained for the Settlement Class.  Lead Plaintiff understands that Lead Counsel will also devote additional time in the future to administering the Settlement, without requesting additional compensation.

7.      Lead Plaintiff further believes that the litigation expenses being requested are reasonable and represent costs and expenses necessary for the prosecution and resolution of the claims.  Based on the foregoing, and consistent with its obligation to the Settlement Class to obtain

2

This document is signed using GetAccept Digital Signature Technology.
Fingerprint: 5000bf1bdbcc30580dcc334ffd8abf41fab4bb0babc556270c184d3c28bd62c9dc26da5f24f62ddd1ec6d914efcaa141d41beaf3ca3f2a8c443c40a1a56371e3

the best result at a reasonable cost, Lead Plaintiff supports Lead Counsel's application for an award of attorneys' fees and payment of litigation expenses.

8.      In addition, Lead Plaintiff understands that reimbursement of a lead plaintiff's reasonable costs and expenses, including lost wages, is authorized under the PSLRA, 15 U.S.C. § 78u-4(a)(4).  Consequently, in connection with Lead Counsel's request for payment of litigation expenses, Lead Plaintiff seeks reimbursement in the amount of $15,000, which represents the cost of the time that Lead Plaintiff conservatively estimates was devoted to supervising and participating in the litigation.

9.      From the inception of the litigation, I was the primary point of contact between ODS and Lead Counsel Labaton Sucharow LLP.  I assisted with the development of the core theory of the claims, reviewed court filings, and participated in discussions about a potential negotiated resolution of the Action and the terms of the proposed Settlement. The time that I dedicated to the litigation efforts was time that I did not spend conducting the usual business of Lead Plaintiff, which represents a cost to it.  My effective hourly rate exceeds $1,000 per hour. For the cost of the time I dedicated to the case, ODS seeks $15,000.

10.     In conclusion, Lead Plaintiff endorses the Settlement as fair, reasonable, and adequate, and believes it represents a favorable recovery for the Settlement Class in light of the significant risks of continued litigation.  Lead Plaintiff further supports Lead Counsel's attorneys' fee and litigation expense request and believes that it represents fair and reasonable compensation for Lead Counsel in light of the work performed, the recovery obtained for the Settlement Class, and the attendant litigation risks.  Finally, Lead Plaintiff requests reimbursement for its costs in the amount of $15,000.  Accordingly, Lead Plaintiff respectfully requests that the Court approve the motion for final approval of the proposed Settlement, and the motion for an award of attorneys' fees and payment of expenses, including Lead Plaintiff's request for reimbursement of  costs.

This document is signed using GetAccept Digital Signature Technology.
Fingerprint: 5000bf1bdbcc30580dcc334ffd8abf41fab4bb0babc556270c184d3c28bd62c9dc26da5f24f62ddd1ec6d914efcaa141d41beaf3ca3f2a8c443c40a1a56371e3

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.  Executed this 21st day of December, 2022.

_____

HILARY SHANE

4

This document is signed using GetAccept Digital Signature Technology.
Fingerprint: 5000bf1bdbcc30580dcc334ffd8abf41fab4bb0babc556270c184d3c28bd62c9dc26da5f24f62ddd1ec6d914efcaa141d41beaf3ca3f2a8c443c40a1a56371e3