**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE CHANGYOU.COM LIMITED SECURITIES LITIGATION | Case No. 1:21-cv-07858-GHW |
|  | CLASS ACTION |

**SUPPLEMENTAL DECLARATION OF MARGERY CRAIG CONCERNING:**
**(A) MAILING OF THE POSTCARD NOTICE; (B) REPORT ON REQUESTS FOR**
**EXCLUSION; AND (C) CLAIMS RECEIVED TO DATE**

I, MARGERY CRAIG, declare as follows:

1.      I am a Project Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.  I have over fifteen years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over five hundred twenty-five (525) class action cases since its inception.  I have personal knowledge of the facts set forth herein and, if called on to do so, I could and would testify competently thereto.

**UPDATE ON MAILING OF THE POSTCARD NOTICE**

2.      Pursuant to the Court's Order Granting Preliminary Approval of Class Action Settlement, dated July 5, 2022 (ECF No. 58, the "Preliminary Approval Order"), SCS was approved as the Claims Administrator to supervise and administer the notice procedures and the processing of claims in connection with the Settlement of the above-captioned Action.[1]  I submit this declaration as a supplement to the previously filed Declaration of Margery Craig Concerning (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; (C) Mailing of CAFA Notice; and (D) Report on Requests for Exclusion Received to Date, dated December 21,

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated as of March 28, 2022 (ECF No. 49-1, the "Stipulation") and in the Initial Mailing Declaration (defined above).

2022 (ECF No. 63-3, the "Initial Mailing Declaration") in order to provide the Court and the Parties with updated information regarding the dissemination of notice to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process.

3.    As reported in the Initial Mailing Declaration, SCS mailed the Postcard Notice to 6,930 potential Settlement Class Members and nominees.  SCS also received 4 email addresses from one nominee and promptly emailed a direct link to the Notice and Claim Form and also emailed a copy of the Postcard Notice to those potential Settlement Class Members. Since the Initial Mailing Declaration, no additional Postcard Notice have been mailed and no additional Notices and Claim Forms or Postcard Notices have been emailed by SCS.  In total, as of the date of this declaration, 6,934 potential Settlement Class Members were notified by either mailed Postcard Notice or emailed direct link to the Notice and Claim Form.

4.    Since the Initial Mailing Declaration was filed, an additional eight Postcard Notices were returned undeliverable.  SCS performed a skip trace address search using Experian and was able to obtain five updated addresses.  SCS immediately mailed another Postcard Notice to the five updated addresses obtained from the skip trace efforts.

**UPDATE ON WEBSITE**

5.    The Initial Mailing Declaration also noted that on July 19, 2022, SCS's website was updated to include a specific webpage for this Settlement, www.strategicclaims.net/Changyou.  The webpage is accessible 24 hours a day, 7 days a week and contains a current status of the case, important Settlement-related deadlines, an online claim filing link, and downloadable copies of the Notice and Claim Form, the Preliminary Approval Order, and the Stipulation. On December 27, 2022, SCS posted to the Settlement webpage the Memorandum of Law in Support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation, the Memorandum of Law in Support of Lead Counsel's

2

Motion for an Award of Attorneys' Fees and Payment of Expenses, and the Declaration of Carol C. Villegas (ECF Nos. 60, 62, and 63).  To date, there have been 3,732 pageviews by 1,216 unique users.  SCS will continue to maintain and, as appropriate, update the Settlement webpage with relevant case information until the conclusion of the administration.

<u>**UPDATE ON EXCLUSIONS AND OBJECTIONS**</u>

6.        The Postcard Notice informed potential Settlement Class Members that written requests for exclusion were to be mailed to SCS such that they were received no later than January 6, 2023.  SCS has been monitoring all mail received for this case.  As of the date of this Declaration, SCS has not received any exclusions requests.

7.        According to the Postcard Notice, Settlement Class Members seeking to object to the Settlement or any of its terms, the proposed Plan of Allocation of the Net Settlement Fund, and/or Lead Counsel's Fee and Expense Application were required to submit their objection in writing such that the objection was received by Lead Counsel and Defendants' Counsel, as well as filed with the Clerk of the Court, no later than January 6, 2023.  As of the date of this Declaration, SCS has not received any misdirected objections.

<u>**UPDATE ON CLAIMS RECEIVED TO DATE**</u>

8.        The Postcard Notice also informed Settlement Class Members that in order to qualify for a payment of the Net Settlement Fund, a Claim Form must be timely submitted either online at www.strategicclaims.net/Changyou or by mail, with a postmark of no later than January 23, 2023.  As of the date of this Declaration, SCS has received 254 Claims (representing approximately 5,257,088 Changyou American Depositary Shares ("ADS") sold (including by tendering) during the Class Period). Of the Claims received, 225 Claims were filed electronically by large investors, 27 Claims were submitted through the Settlement webpage's claim filing link, and 2 Claims were submitted by mail.  We anticipate that additional Claims will be submitted right at the deadline, as regularly occurs.

9.     Below is a preliminary estimate of the total recognized losses to date, calculated pursuant to the Plan of Allocation. The numbers below will be adjusted as additional Claims are received and following SCS's efforts to notify claimants about deficiencies and conditions of ineligibility and SCS's quality assurance procedure, which are currently in process.

| Claims Status | Number of claims | Dollar Amount of Recognized Losses | Shares |
|---|---|---|---|
| Valid | 201 | $143,712,466 | 5,220,954 |
| Deficient Claims with limited proof | 6 | $994,628 | 36,134 |
| Rejected (no losses/short/received not purchased) | 47 | n/a | n/a |
| | 254 | $144,707,094 | 5,257,088 |

10.    As noted above, the Claim deadline has not passed and SCS is currently in the process of reviewing and analyzing the Claims submitted to date.  Therefore, the information above should not be construed as a final count of valid Claims.  The Claims received to date are subject to further review, analysis, and quality control measures.  Many of the Claims received to date contain deficiencies (such as inadequate or no supporting documentation), which will be addressed during the normal course of the administration.  Claims that do not meet the submission requirements after being given an opportunity to cure deficiencies may ultimately be rejected.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 20th day of January 2023, in Media, Pennsylvania.

Margery Craig

Margery Craig

4